UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: LAWRENCE JAMES WOHLEBER | Adversary Proceeding No. 16-01106 |
| Debtor | Case No. 14-11344 |
| | Chapter 13 |
| | Judge Jessica E. Price Smith |

| | |
|---|---|
| LAWRENCE JAMES WOHLEBER, | : |
| Plaintiff, | : |
| v. | : **MOTION TO DISMISS** |
| JENNIFER SKURKO, et al., | : |
| Defendants. | : |

Defendant Leslie A. Gentile (Ms. Gentile") moves this Court for an order dismissing this Adversary Proceeding pursuant to Fed.R.Bankr.P. 7012 and Fed.R.Civ.P. 12(b). As grounds for this Motion to Dismiss, Defendant Gentile adopts and incorporates the arguments and reasoning in Defendant Jennifer Skurko's Motion to Dismiss (ECF Doc. No. 7).

Respectfully submitted,

 /s/ James O'Connor
James O'Connor (0063428)
Reminger Co., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio 44115
Phone: (216) 430-2223
Email: joconnor@reminger.com
*Attorney for Defendant Leslie A. Gentile*

## CERTIFICATE OF SERVICE

On this 14th day of September 2016, the foregoing Notice of Appearance of Counsel was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ James O'Connor*
James O'Connor (0063428)